UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN COMBS | Honorable Rukhsanah L. Singh<br><br>Mag. No. 24-14000 (RLS<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant United States Attorney, appearing) in the presence of Timothy Donahue, Esq., counsel for the defendant, BRIAN COMBS, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending trial in the above-entitled matter; and the defendant having objected to detention; and the Court finding that there were no conditions or combination of conditions that would reasonably assure the appearance of the defendant; and for good cause shown,

IT IS, therefore, on this 29th day of April 2024,

ORDERED that the defendant is hereby DETAINED; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i),

that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE